IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | ) | |
|---|---|---|
| **DASHON HINES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 23-cv-2180 |
| | ) | |
| **ISABELLA GOZA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

Before the Court is the Report and Recommendation (the "Report") filed by Chief United States Magistrate Judge Tu M. Pham on April 5, 2023. (ECF No. 7.) In the Report, the Magistrate Judge recommends that Plaintiff Dashon Hines's complaint be dismissed sua sponte pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." No objections to the Report have been filed, and the time for filing objections expired on April 24, 2023. See Fed. R. Civ. P. 6(d), 72(b)(2).

"There is no indication that Congress . . . intended to require a district judge to review a magistrate's report to which no objections are filed." Thomas v. Arn, 474 U.S. 140, 152 (1985). Absent objection and provided there is no obvious error apparent from the face of the report, a district court may simply adopt the magistrate judge's report without further review. See United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981) (holding that "further appeal is waived" if a party fails to object to a magistrate judge's report); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). There is no obvious error in the Report. The Court ADOPTS the Report in its entirety. Plaintiff's complaint is DISMISSED with prejudice for failure to state a claim.

SO ORDERED this 28th day of April, 2023.

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE